UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS GREGORY SHEA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No.: 3:18-CV-00112-RCJ-CBC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 24) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin Carry (ECF No. 24[1]) entered on September 25, 2019, recommending that the Court grant Plaintiff's motion to remand and deny Commissioner's cross-motion to affirm. No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Carry under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

IT IS HEREBY ORDERED that Magistrate Judge Carry's Report and Recommendation (ECF No. 24) entered on September 25, 2019, is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand (ECF No. 17) is GRANTED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (ECF No. 18) is DENIED.

IT IS FURTHER ORDERED that this case is REMANDED to the agency for further proceedings.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated this 17th day of October, 2019.

_____
ROBERT C. JONES
Senior District Judge